UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS MARIANO GUERRERO,

                Plaintiff,

-against-

JEROME MEAT & PRODUCE CORPORATION ET AL,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2023
```

23 Civ. 3878 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 10, 2023, the Court directed the parties "to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order by **September 7, 2023**." ECF No. 3. The parties did not file their submissions. Accordingly, by **September 21, 2023**, the parties shall file their joint letter and proposed case management plan. Plaintiff is reminded that failure to prosecute his case and failure to comply with Court orders shall result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: September 11, 2023
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge