UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS MARIANO GUERRERO,

                Plaintiff,

-against-

JEROME MEAT & PRODUCE CORPORATION, JEROME MEAT & PRODUCE CORPORATION I, JEROME MEAT & PRODUCE CORPORATION II, H&B FRESH PRODUCE CORP. and ABBAS SAFA A/K/A ABBAS SAFFA OR EDDIE SAFA,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/21/2024
```

23 Civ. 3878 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the parties' anticipated request for settlement approval, the case management conference scheduled for February 27, 2024, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: February 21, 2024
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge