# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308.
Astoria, NY 11106

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/8/2024

March 4, 2024

Honorable Analisa Torres
United States District Judge
500 Pearl St.
New York, NY 10007-1312

**Re: Mariano Guerrero v. Jerome Meat & Produce Corporation, et al. 23-cv-3878**

Your Honor,

The parties are still on rack to executing a settlement agreement in this matter arising under the FLSA. If the Court would so permit, the parties would respectfully request an additional thirty days to submit a fully executed agreement for Cheeks review. This is the first request for an extension.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

GRANTED.

SO ORDERED.

Dated: April 8, 2024
         New York, New York

_____
ANALISA TORRES
United States District Judge