# Law Offices of Colin Mul

Employment and Civil Litigation

36-36 33rd Street
Suite 308.
Astoria, NY 11106

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2024

April 22, 2024

Honorable Analisa Torres
United States District Judge
500 Pearl St.
New York, NY 10007-1312

**Re: Mariano Guerrero v. Jerome Meat & Produce Corporation, et al. 23-cv-3878**

Your Honor,

There is an agreement in circulation for client execution. It is the understanding of the undersigned that the Defendants will be able to execute the FLSA Settlement Agreement before the end of this month. If the Court would so permit, Plaintiff would request until May 3rd, 2024 to submit the Cheeks motion in this matter.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

---

On April 8, 2024, the Court granted Plaintiff's request for a 30-day extension to file his *Cheeks* motion. ECF No. 32. Accordingly, Plaintiff's deadline to submit the parties' FLSA settlement for the Court's review is **May 8, 2024**.

SO ORDERED.

Dated: April 25, 2024
        New York, New York

_____
ANALISA TORRES
United States District Judge