```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
JESUS MARIANO GUERRERO,

                  Plaintiff,

-against-

JEROME MEAT & PRODUCE CORPORATION, JEROME MEAT & PRODUCE CORPORATION I, JEROME MEAT & PRODUCE CORPORATION II, H&B FRESH PRODUCE CORP. and ABBAS SAFA A/K/A ABBAS SAFFA OR EDDIE SAFA,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/13/2024__

23 Civ. 3878 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 17, 2024, Defendants filed a letter stating that they had "sent the settlement documents to Plaintiff's attorney, so that the Plaintiff can sign [the relevant documents], and then take the necessary steps to finalize this matter." ECF No. 37.

    Despite several extensions, the parties have yet to file their settlement documents for the Court's review. Accordingly, by **June 19, 2024**, the parties shall submit the requisite documents for *Cheeks* review in accordance with the Court's February 2, 2024 order. *See* ECF No. 29.

    SO ORDERED.

Dated: June 13, 2024
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge