USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _09/13/2024_

# Law Offices of Colin Mulh[olland]

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

September 13, 2024

Honorable Analisa Torres
United States District Judge
500 Pearl St.
New York, NY 10007-1312

**Re: Mariano Guerrero v. Jerome Meat & Produce Corporation, et al. 23-cv-3878**

Your Honor,

The parties are discussing options on how to modify their agreement in order to comply with the Court's recent opinion. If the Court would so permit, the parties would ask for an additional three weeks to negotiate a new agreement.

GRANTED. The parties shall move for approval of the revised settlement by **October 4, 2024**.

SO ORDERED.

Dated: September 13, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge