# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/07/2024

October 4, 2024

Honorable Analisa Torres
United States District Judge
500 Pearl St.
New York, NY 10007-1312

**Re: Mariano Guerrero v. Jerome Meat & Produce Corporation, et al. 23-cv-3878**

Your Honor,

    The parties are continuing to discuss options on how to modify their agreement in order to comply with the Court's recent opinion. If the Court would so permit, Plaintiff would ask for an additional two weeks to negotiate a new agreement.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

---

GRANTED. The parties shall move for approval of the revised settlement by **October 18, 2024**.

SO ORDERED.

Dated: October 7, 2024
      New York, New York

ANALISA TORRES
United States District Judge