# Law Offices of Colin Mulh[olland]

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2024

October 18, 2024

Honorable Analisa Torres
United States District Judge
500 Pearl St.
New York, NY 10007-1312

**Re: Mariano Guerrero v. Jerome Meat & Produce Corporation, et al. 23-cv-3878**

Your Honor,

The parties have had discussions about the way in which their existing settlement agreement might be modified to comply with the Court order.

The Defendants have additional materials regarding their financial ability to pay and for discussion with Plaintiff about the limits of their ability to modify the agreement. If the Court would so permit, the parties would ask for an additional week to review the Defendants financial documents and to submit a motion.

The parties also intend to submit a consent to magistrate if permitted.

---

GRANTED IN PART AND DENIED IN PART. The parties' request for a one-week extension of the deadline to move for settlement approval is GRANTED. By **October 25, 2024**, the parties shall file their revised motion for settlement approval.

The parties' request for leave to file an untimely notice, consent, and reference of a civil action to a Magistrate Judge form is DENIED.

SO ORDERED.

Dated: October 18, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge