UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS MARIANO GUERRERO,

        Plaintiff,

      -against-

JEROME MEAT & PRODUCE
CORPORATION, JEROME MEAT &
PRODUCE CORPORATION I, JEROME
MEAT & PRODUCE CORPORATION II, H&B
FRESH PRODUCE CORP. and ABBAS SAFA
A/K/A ABBAS SAFFA OR EDDIE SAFA,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/29/2025__

23 Civ. 3878 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiff's motion to reopen this case and enforce the terms of the parties' settlement agreement. *See* Mot., ECF No. 51. By **January 23, 2026**, Defendants shall respond to Plaintiff's motion. Plaintiff may file a reply by **January 30, 2026**.

      SO ORDERED.

Dated: December 29, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge