UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS MARIANO GUERRERO,

Plaintiff,

-against-

JEROME MEAT & PRODUCE
CORPORATION, JEROME MEAT &
PRODUCE CORPORATION I, JEROME
MEAT & PRODUCE CORPORATION II, H&B
FRESH PRODUCE CORP. and ABBAS SAFA
A/K/A ABBAS SAFFA OR EDDIE SAFA,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/3/2026__

23 Civ. 3878 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated December 29, 2025, the Court ordered Defendants to respond by January 23, 2026 to Plaintiff's motion to reopen the case and enforce the terms of the settlement agreement. *See* Pl. Mot., ECF No. 51; Order, ECF No. 52. That submission is now overdue. Accordingly, by **February 17, 2026**, Defendants shall respond to Plaintiff's motion.

SO ORDERED.

Dated: February 3, 2026
New York, New York

ANALISA TORRES
United States District Judge