**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 JESUS MARIANO GUERRERO,

                           Plaintiff,

        -against-                                            23 **CIVIL** 3878 (AT)

                                                           **<u>JUDGMENT</u>**

JEROME MEAT & PRODUCE ORDER
CORPORATION, JEROME MEAT &
PRODUCE CORPORATION I, JEROME
MEAT & PRODUCE CORPORATION II,
H&B FRESH PRODUCE CORP. and
ABBAS SAFA A/K/A ABBAS SAFFA OR
EDDIE SAFA,

                             Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 26, 2026, Plaintiff's motion for an order reopening the

case and directing the entry of judgment is GRANTED and judgment is entered in favor of

Plaintiff in the amount of $57,500.

**Dated:** New York, New York

        June 29, 2026

                                              **TAMMI M. HELLWIG**
                                            _____
                                             **Clerk of Court**

                        **BY:**                 K. mango

                                              _____
                                            **Deputy Clerk**